**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# THIS DOCUMENT

# CONTAINS

# NON-PUBLIC INFORMATION

# PURSUANT TO

# THE E-GOVERNMENT ACT OF 2002

# AND

# IS RESTRICTED FROM

# PUBLIC VIEWING